UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WANDA REDD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION G-13-00210 |
| | § | |
| STP NUCLEAR OPERATING COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

**FINAL JUDGMENT**

Pursuant to the memorandum, opinion and order signed this date, defendant STP Nuclear Operating Company's motion for summary judgment is GRANTED. Plaintiff Wanda Redd's claims against STP Nuclear Operating Company are DISMISSED WITH PREJUDICE. Judgment shall enter in favor of the defendant.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on November 25, 2014.

_____
Gray H. Miller
United States District Judge